```
                                              FILED
                                          GREAT FALLS DIV.

                                          2009 MAY 12 PM 1 35

                                          PATRICK E. DUFFY, CLERK
                                          BY _____
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH PAUL YOUNG, | |
| Plaintiff, | No. CV-09-22-GF-SEH |
| vs. | **ORDER** |
| CORRECTION CORPORATION OF AMERICA, et al., | |
| Defendant. | |

On April 10, 2009, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

---

[1] Document No. 4.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion to Proceed *In Forma Pauperis*[2] is GRANTED.

2. Plaintiff shall pay the statutory filing fee of $350.00.

3. Plaintiff's claim against Defendants Larson, Gilliani, Bonderud and the Crossroads Health Administration for medical care is DISMISSED.

3. Plaintiff may file an amended complaint on or before May 8, 2009.

DATED this 12th day of May, 2009.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1.

2