

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH PAUL YOUNG,<br><br>      Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>      Defendant. | No. CV-09-22-GF-SEH<br><br>**ORDER** |

On March 12, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations

---

[1] Document No. 21.

for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendants Corrections Corporation of America and Unit Manager Ronald Sturchio's Motion to Dismiss[2] is GRANTED. This matter is DISMISSED WITHOUT PREJUDICE for failure to exhaust all administrative remedies.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as all administrative remedies have not been exhausted.

DATED this 14th day of April, 2010.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 12.

2